UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

**NOT FOR PUBLICATION**

| | |
|---|---|
| LAWRENCE BOSS, <br> DONNELL WOLFE, <br> THADDEUS THOMAS, and <br> RAFFIEK GRAHAM, <br><br> Plaintiffs, <br><br> v. <br><br> Mr. S. DAVIS ET AL., <br><br> Defendants. | Civil No. 14cv5771(SRC) <br><br><br> **ORDER** |

For the reasons given in the accompanying Opinion, IT IS on this ___20___ day of _October_, 2015

ORDERED that Plaintiffs' IFP applications (ECF Nos. 12-15) are GRANTED; and it is further

ORDERED that the Clerk of Court shall administratively terminate this matter, by making a separate docket entry reading, "CIVIL CASE TERMINATED SUBJECT TO REOPENING IN THE EVENT PLAINTIFFS SUBMIT, WITHIN THIRTY DAYS FROM THE DATE OF ENTRY OF THIS ORDER, A JOINT AMENDED COMPLAINT IN ACCORDANCE

WITH THE ACCOMPANYING OPINION, and the Court retains jurisdiction over this matter"; and it is further

ORDERED that the Clerk shall commence four new civil matters, each designating "D.O.C. Officials" and "D.H.S. Officials" as "Defendants," "Cause" as "42:1983 Prisoner Civil Rights" and "Nature of Suit" as "550 Prisoner: Civil Rights." One of these newly commenced matters shall designate "Lawrence Boss" as "Plaintiff," another shall designate "Donnell Wolfe" as "Plaintiff," another shall designate "Thaddeus Thomas" as "Plaintiff," and another shall designate "Rafieek Graham" as "Plaintiff"; and it is further

ORDERED that the Clerk shall docket this Order and the accompanying Opinion in the four newly commenced matters, and assign these newly commenced matters to the undersigned; and it is further

ORDERED that the Clerk shall administratively terminate the four newly commenced matters by making a separate docket entry of the docket of each matter reading, "CIVIL CASE TERMINATED SUBJECT TO REOPENING IN THE EVENT PLAINTIFF SUBMITS, WITHIN THIRTY DAYS FROM THE DATE OF ENTRY OF THIS ORDER, AN AMENDED COMPLAINT IN ACCORDANCE WITH THE ACCOMPANYING OPINION"; and it is further

ORDERED that Plaintiffs shall choose whether to proceed jointly or individually by filing either a joint amended civil rights complaint in this action or four individual amended civil rights complaints in the newly created actions, but not both; and it is further

ORDERED that the Clerk shall serve this Order and accompanying Opinion upon each Plaintiff by regular U.S. mail; and it is finally

ORDERED that the Clerk shall enclose in the mailings to each Plaintiff (a) a blank Section 1983 civil complaint; and (b) copies of the docket sheets generated in the respective newly commenced matters.

                                    _____
                                    STANLEY R. CHESLER
                                    United States District Judge